■ In the Matter of CARMEN O. MERCADO et al., Respondents, v. DOMINQUEZ REALTY CORP., Appellant.— Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ PASQUALE LUCCHESE, Respondent, v. PSATY & FUHRMAN, INC., Defendant and Third-Party Plaintiff-Appellant. BOARD OF EDUCATION UNION FREE SCHOOL DISTRICT No. 1, Respondent; DOVER MARBLE CORP., Third-Party Defendant-Respondent.— Motion by appellant for a stay, pending appeals, granted, on condition that appellant perfect and be ready to argue or submit the appeals at the March Term, beginning March 4, 1963; appeals ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 8, 1963. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ MAGGIOLO CORPORATION, Respondent, v. S. J. M. GENERAL CONTRACTORS, INC., et al., Defendants and Third-Party Plaintiffs-Appellants. SAPPAH SHOVEL SERVICE, INC., Third-Party Defendant-Respondent.— Motions by appellants for a stay, pending appeals, granted, on condition that appellants perfect and be ready to argue or submit the appeals at the March Term, beginning March 4, 1963; appeals ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 11, 1963. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ MARGARET BUTLER, Respondent, v. JOHN BUTLER, Appellant.— Motion by appellant for a stay, pending appeal, granted on condition that he continue to pay $50 a week on account of the alimony, and on the further condition that he perfect and be ready to argue the appeal at the February 1963 Term, beginning January 28, 1963; appeal ordered on the calendar for said term. On the court's own motion, the appeal will be heard on the original papers and on the typewritten briefs of both parties (which shall contain a copy of the opinion, if any, rendered by the Special Term). Both parties shall file six copies of their respective typewritten briefs and serve one copy on each other. The appellant's brief must be served and filed on or before January 21, 1963. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ SUSANNE COHEN, Respondent, v. PEARL ABOLAFIA, Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect and be ready to argue or submit the appeal at the March Term, beginning March 4, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 11, 1963. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ COMMUNITY DRIVE INC., Appellant, v. ALEXANDER J. KULCH, Respondent.— Motion by appellant for further extension of time to perfect appeal denied. Cross motion by respondent to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

## (January 11, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ANTHONY PORTELLI et al., Defendants.— Motion by the defendants, pursuant to statute (Code Crim. Pro., § 346, subd. 2), to change the venue of this action from the Supreme Court in Kings County to the Supreme Court in either Onondaga County or Erie County or Oneida County; and for a stay of the trial pending the determination of such motion. Motion for a stay and motion for a change of venue denied. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.